

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00398-CV

Caroline **BUSWELL**,
Appellant

v.

**THE GWSPI COMPANY LLC** as Successor in Interest to Wilmington Trust, NA, Trustee of
the Jeffrey P. Blanchard 2013 Family Trust,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06197
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file reply brief is hereby GRANTED.  Time is
extended to September 25, 2015.

It is so **ORDERED** on September 18, 2015

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court